Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
Cameron R. Partovi (CA Bar No. 319589)
*cpartovi@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (CA Bar No. 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Stuart E. Scott (OH Bar No. 0064834)*
*sscott@spanglaw.com*
Kevin Hulick (OH Bar No. 0093921)*
*khulick@spanglaw.com*
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone (216) 696-3232

*Attorneys for Plaintiff Venus Yamasaki*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS YAMASAKI. *on behalf of herself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATROL, LLC,<br><br>                    Defendant. | Case No. 3:23-CV-00182-JD<br><br>Hon. James Donato<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF CAMERON R. PARTOVI AS ATTORNEY OF RECORD** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Cameron R. Partovi will no longer employed by the law firm of Tycko & Zavareei LLP as of August 14, 2023. Therefore, Mr. Partovi's appearance is hereby withdrawn as counsel of record for Plaintiff Venus Yamasaki, in the above-captioned matter. Mr. Partovi should be removed from the service list. All other attorneys at the law firm of Tycko & Zavareei LLP who are currently listed as counsel of record for Plaintiffs shall remain counsel of record and should not be removed from the service list.

Date: August 10, 2023

Respectfully submitted,

*/s/ Cameron R. Partovi*

Annick M. Persinger (CA Bar No. 272996)
apersinger@tzlegal.com
Cameron R. Partovi (CA Bar No. 319589)
cpartovi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Stuart E. Scott (OH Bar No. 0064834)*
sscott@spanglaw.com
Kevin Hulick (OH Bar No. 0093921)*
khulick@spanglaw.com
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone (216) 696-3232

*Attorneys for Plaintiff Venus Yamasaki*