**FAEGRE DRINKER BIDDLE & REATH LLP**
Lawrence G. Scarborough (AZ Bar No. 006965)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: lawrence.scarborough@faegredrinker.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Desmonne A. Bennett (Admitted *Pro Hac Vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-mail: desmonne.bennett@faegredrinker.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Kaylee A. Racs (CA Bar No. 353919)
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
E-mail: kaylee.racs@faegredrinker.com

Jonathan D. Leventhal (CA Bar No. 262910)
**9909 Topanga Canyon Blvd., PMB 155**
**Chatsworth, CA. 91311**
**310-925-3080**

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VENUS YAMASAKI, on behalf of herself and all others similarly situated, | Case No. 3:23-cv-00182-JD |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| NATROL, LLC, | Courtroom: 11 |
| Defendant. | Judge: Hon. James Donato |

PLEASE TAKE NOTICE that Jonathan D. Leventhal, counsel for Defendant Natrol, LLC, hereby withdraws as counsel of record, pursuant to Civil L.R. 5-1(c)(2)(C), effective March 19, 2024.

The law firm of Faegre Drinker Biddle & Reath LLP will continue to serve as counsel of record

CASE NO. 3:23-cv-00182-JD
NOTICE OF CHANGE IN COUNSEL

for Defendant Natrol, LLC, specifically Lawrence G. Scarborough, Desmonne A. Bennett, and Kaylee A. Racs (who maintains an office within the State of California).

Accordingly, the withdrawal of Mr. Leventhal will impose no delay, nor will it prejudice any party.

Dated: March 19, 2024.

By: _____
Jonathan D. Leventhal

362803048