| | |
|---|---|
| Annick M. Persinger (CA Bar No. 272996)<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>(510) 254-6808<br>apersinger@tzlegal.com<br><br>Hassan A. Zavareei (CA Bar No.181547)<br>Allison W. Parr (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Avenue NW, Suite 1010<br>Washington, DC 20006<br>(202) 973-0900<br>hzavareei@tzlegal.com<br>aparr@tzlegal.com<br><br>Stuart E. Scott (OH Bar No. 0064834)<br>Kevin Hulick (OH Bar No. 0093921)<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH 44114<br>(216) 696-3232<br>sscott@spanglaw.com<br>khulick@spanglaw.com<br><br>*Attorneys for Plaintiff Venus Yamasaki and the Proposed Classes* | Lawrence G. Scarborough (AZ Bar No. 006965)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>(212) 248-3140<br>lawrence.scarborough@faegredrinker.com<br><br>Desmonne A. Bennett (*pro hac vice*)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1144 15th Street, Suite 3400<br>Denver, CO 80202<br>(303) 607-3500<br>desmonne.bennett@faegredrinker.com<br><br>Kaylee A. Racs (CA Bar No. 353919)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>(310) 203-4000<br>kaylee.racs@faegredrinker.com<br><br>*Attorneys for Defendant Natrol, LLC.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VENUS YAMASAKI, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>NATROL, LLC<br>      Defendant. | Case No. 23-cv-00182-JD<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. James Donato<br>Courtroom: 11, 19th Floor |

Plaintiff Venus Yamasaki and Defendant Natrol, LLC (together, the "Parties") submit this Joint Status Report to provide the Court with an update as to the status of discovery in this Action.

The Parties have worked together cooperatively to complete discovery in this Action. Over the course of many months, the Parties met and conferred to finalize custodians and search terms and to resolve disputes arising out of responses to written discovery and document productions, without the involvement of the Court. The Parties have a standing call to discuss issues as they arise, to ensure that written and document discovery are completed by the September 13, 2024 deadline set by the Court's May 7, 2024 Case Management Scheduling Order (ECF No. 60).

As a result of the Parties' diligent efforts, document discovery is nearly complete. On a recent meet and confer, Defendant raised the issue of how best to produce documents that contain highly sensitive information about product lines unrelated to the products at issue in this case. It would have been burdensome and time-consuming for Defendant to review each document and redact non-responsive information, and the Parties concluded that the best path forward would be for Defendant to produce these documents in full, allowing Plaintiff to make determinations as to the relevance of the information. Although Plaintiff agrees that this is less burdensome, it is still a time-consuming task.

The Parties have scheduled depositions beginning on August 26, 2024. However, due to the volume of documents that have been produced recently, the Parties have scheduled three depositions to occur following the fact discovery deadline, with all depositions concluding on September 27, 2024. All written discovery and document discovery will be completed by the September 13, 2024 deadline.

Dated: September 13, 2024

By: */s/ Annick M. Persinger*
Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510 254-6808
apersinger@tzlegal.com

Hassan A. Zavareei (CA Bar No.181547)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com

Stuart E. Scott (OH Bar No. 0064834)
Kevin Hulick (OH Bar No. 0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
sscott@spanglaw.com
khulick@spanglaw.com

*Attorneys for Plaintiff and the Proposed Classes*

Dated: September 13, 2024

Respectfully submitted,

By: */s/ Desmonne A. Bennett*
Desmonne A. Bennett

LAWRENCE G. SCARBOROUGH
DESMONNE A. BENNETT
KAYLEE A. RACS

*Attorneys for Defendant Natrol, LLC.*

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 13, 2024     By:   */s/ Annick M. Persinger*
                                    Annick M. Persinger