Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
apersinger@tzlegal.com

Hassan A. Zavareei (CA Bar No.181547)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com

Stuart E. Scott (*pro hac vice*)
Kevin Hulick (*pro hac vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
sscott@spanglaw.com
khulick@spanglaw.com

*Attorneys for Plaintiff Venus Yamasaki and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| VENUS YAMASAKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATROL, LLC<br><br>Defendant. | Case No. 23-cv-00182-JD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL UNREDACTED MEMORANDUM IN SUPPORT OF AND EXHIBITS TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor |

Plaintiff's Notice of Motion and Administrative Motion to Seal
Case No. 23-cv-00182-JD

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that, Pursuant to L.R. 79-5(e), Plaintiff Venus Yamasaki files this administrative motion for an order permitting her to file under seal certain confidential documents in support of Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification in this action against Defendant Natrol, LLC ("Natrol"). Counsel for Natrol and/or non-parties Amazon, Walmart, Circana, Rite Aid, and iHerb have designated certain of these documents Confidential pursuant to the Stipulated Protective Order (ECF No. 48) and Stipulated Order Re: Discovery of Electronically Stored Information (ECF No. 50).

Plaintiff hereby moves to file the following documents under seal, which Natrol and/or non-parties Amazon, Walmart, Circana, Rite Aid, and iHerb have designated Confidential and/or Confidential—Attorneys' Eyes Only:

1. An unredacted version of Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification, which quotes or discusses documents, which Natrol has designated Confidential and/or Confidential—Attorneys' Eyes Only.

2. Exhibit A to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, portions of which Natrol have designated Confidential—Attorneys' Eyes Only.

3. Exhibit B to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, portions of which Natrol have designated Confidential—Attorneys' Eyes Only.

4. Exhibit C to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, portions of which Natrol have designated Confidential—Attorneys' Eyes Only.

5. Exhibit D to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, portions of which Natrol have designated Confidential—Attorneys' Eyes Only.

6. Exhibit G to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential—Attorneys' Eyes Only.

7. Exhibit 20 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, portions of which Natrol have designated Confidential—Attorneys' Eyes Only.

8. Exhibit 31 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

9. Exhibit 34 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

10. Exhibit 52 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

11. Exhibit 55 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

12. Exhibit 56 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

13. Exhibit 57 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

14. Exhibit 59 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

15. Exhibit 60 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

16. Exhibit 61 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, part of which Natrol has designated Confidential.

17. Exhibit 62 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which Natrol has designated Confidential.

18. Exhibit 108 to the Declaration of Annick M. Persinger in Support of Plaintiff's Motion for Class Certification, which quotes or discusses documents Natrol and/or non-parties Amazon, Walmart, Circana, Rite Aid, and iHerb have designated Confidential.

Plaintiff is contemporaneously submitting (1) an unredacted version of Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification with proposed redactions highlighted; (2) a redacted version of Plaintiff's Memorandum of Points and Authorities in

Support of Motion for Class Certification; and (3) unredacted versions of all the documents listed above, which have been designated as confidential in their entirety. As required by Local Civil Rule 79-5, Plaintiff is also contemporaneously submitting a Declaration of Annick M. Persinger in support of this administrative motion and a Proposed Order.

Dated: December 19, 2024

Respectfully submitted,

/s/ *Annick M. Persinger*
Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
apersinger@tzlegal.com

Hassan A. Zavareei (CA Bar No.181547)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com

Stuart E. Scott (*pro hac vice*)
Kevin Hulick (*pro hac vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
sscott@spanglaw.com
khulick@spanglaw.com

*Attorneys for Plaintiff and the Proposed Class*