# EXHIBIT 108

# FILED UNDER SEAL