| | |
|---|---|
| Annick M. Persinger (CA Bar No. 272996)<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>(510) 254-6808<br>apersinger@tzlegal.com<br><br>Hassan A. Zavareei (CA Bar No.181547)<br>Allison W. Parr (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Avenue NW, Suite 1010<br>Washington, DC 20006<br>(202) 973-0900<br>hzavareei@tzlegal.com<br>aparr@tzlegal.com<br><br>Stuart E. Scott (*pro hac vice*)<br>Kevin Hulick (*pro hac vice*)<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH 44114<br>(216) 696-3232<br>sscott@spanglaw.com<br>khulick@spanglaw.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | Desmonne A. Bennett (*pro hac vice*)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1144 15th Street, Suite 3400<br>Denver, CO 80202<br>(303) 607-3500<br>desmonne.bennett@faegredrinker.com<br><br>Lawrence G. Scarborough (AZ Bar No. 006965)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>(212) 248-3140<br>lawrence.scarborough@faegredrinker.com<br><br>Kaylee A. Racs (CA Bar No. 353919)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>(310) 203-4000<br>kaylee.racs@faegredrinker.com<br><br>*Attorneys for Defendant Natrol, LLC*<br><br>[Additional Counsel Listed on Signature Page] |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS YAMASAKI, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>NATROL, LLC<br><br>            Defendant. | Case No. 23-cv-00182-JD<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Honorable James Donato<br><br>Courtroom: 11 |

NOTICE OF SETTLEMENT
Case No. 23-cv-00182-JD

Plaintiff Venus Yamasaki and Defendant Natrol, LLC hereby notify the Court that the Parties have reached a class-wide settlement in principle of the above-captioned matter, including all material terms. The Parties are working to finalize a fully integrated settlement agreement. Plaintiff will file a motion for preliminary approval of the class settlement no later than September 26, 2025.

Dated: August 21, 2025

Respectfully submitted,

/s/Annick M. Persinger
Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
apersinger@tzlegal.com

Hassan A. Zavareei (CA Bar No.181547)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com

Stuart E. Scott (*pro hac vice*)
Kevin Hulick (*pro hac vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
sscott@spanglaw.com
khulick@spanglaw.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: August 21, 2025

Respectfully submitted,

/s/Desmonne A. Bennett
Desmonne A. Bennett (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1144 15th Street, Suite 3400
Denver, CO 80202

Telephone: (303) 607-3500
E-mail: desmonne.bennett@faegredrinker.com

Lawrence G. Scarborough (AZ Bar No. 006965)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Telephone: (212) 248-3140
E-mail: lawrence.scarborough@faegredrinker.com

Jacob A. Kramer (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
E-mail: jake.kramer@faegredrinker.com

Kaylee A. Racs (CA Bar No. 353919)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 204-4000
E-mail: kaylee.racs@faegredrinker.com

*Attorneys for Defendant Natrol, LLC*

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Annick M. Persinger*
Annick M. Persinger