# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 19, 2026 | Judge: Hon. James Donato

Time: 6 Minutes

Case No. **3:23-cv-00182-JD**
Case Name **Yamasaki v. Natrol, LLC**

Attorney(s) for Plaintiff(s): Annick Persinger
Attorney(s) for Defendant(s): Larry Scarborough/Desmonne Bennett

Deputy Clerk: Lisa R. Clark | Court Reporter: April Brott

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

The renewed motion for preliminary approval of a class action settlement, Dkt. No. 179, is taken under submission and the Court will issue a written order. Plaintiffs are directed to lodge a revised proposed order with dates certain in Word format by email to the Court's proposed order mailbox.